UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-mj-01105-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : ORDER |
| RONALD EMERY HEWETT | : |

Upon motion of the United States, it is hereby ORDERED that the Complaint in the above-captioned matter be dismissed as to this defendant.

This the 24 day of March, 2015.

ROBERT JONES
UNITED STATES MAGISTRATE JUDGE